UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CINDY A. KARALUS,

                                   Plaintiff,

v.                                                          ORDER

DELAWARE NORTH COMPANIES                    19-CV-259-WMS-MJP
TRAVEL HOSPITALITY SERVICES,
INC., DNC SUPERIOR BALLARD
GROUP, LLC, and DELAWARE
NORTH COMPANIES,
INCORPORATED,

                                   Defendant.

---

**PEDERSEN, M.J.**   On July 7, 2022, Plaintiff filed a motion to compel and extend time to complete discovery. (ECF No. 63.) On August 4, 2022 the Court held oral argument on the matter. As discussed during the proceeding, the Court hereby grants the motion (ECF No. 63) in part:

Plaintiff may depose Robert White and Melvin Jelks for a period of up to two hours each, asking questions related to the information from the eight recently produced personnel files and Defendants' record keeping practices.

Plaintiff may subpoena and depose Kim Walsh and Debora Brown, for a period up to four hours each, on topics related to this lawsuit.

The Court denies the request to file the personnel records, sealed or otherwise. The Court will mail the paper copies back to Plaintiff.

The Court will not award any sanctions about the phone text message issue discussed. Parties are directed to meet and confer regarding the discovery of the phone text message by August 19, 2022.

The Court accepts Arthur Robinson's affidavit filed May 18, 2022, as a sufficient response to the Court's May 18, 2022 order referred to in Minute Entry, ECF No. 57.

If it has not been done already, Defendants will provide the years of birth for the former employees described in the personnel records.

Depositions are to take place before the close of business on September 9, 2022.

SO ORDERED.

DATED:      August 19, 2022
            Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge